

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00405-CR

**JAMES RAY SONNTAG,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. CR15124

## ORDER ON REHEARING

Appellant's motion for rehearing is granted. The Court's memorandum opinion

and judgment, dated December 13, 2017, are withdrawn, and this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
         Justice Davis, and
         Justice Scoggins
Order issued and filed February 21, 2018
Do not publish

